**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6167**

---

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

    versus

MICHAEL MIGUEL COWLES, a/k/a Defendant Male,

                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Henry C. Morgan, Jr., District Judge. (CR-98-9, CA-02-4-4)

---

Submitted: April 18, 2002          Decided: April 30, 2002

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael Miguel Cowles, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Miguel Cowles seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001).[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Cowles</u>, Nos. CR-98-9; CA-02-4-4 (E.D. Va. Jan. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] While Appellant styled his motion pursuant to 28 U.S.C. § 2241, we find that the district court properly construed the motion under § 2255.